BRIAN D. CHASE, Bar No. 164109
JERUSALEM F. BELIGAN, Bar No. 211258
BISNAR CHASE
One Newport Place
1301 Dove Street, Suite 120
Newport Beach, CA 92660
Telephone: 949.752.2999
Facsimile: 949.752.2777
Email: jbeligan@bisnarchase.com

Attorneys for Plaintiffs
TIMOTHY SULU and JONATHAN VERDUGO

MIKE ARIAS, Bar No.115385
MIKAEL STAHLE, Bar No. 182599
ARIAS, OZZELLO & GIGNAC LLP
6701 Center Drive West
Fourteenth Floor
Los Angeles, CA 90045-1558
Telephone: 310.670.1600
Facsimile: 310.670.1231
Email: marias@aogllp.com

Attorneys for Plaintiffs
TIMOTHY SULU and JONATHAN VERDUGO


JENNIFER B. ROBINSON, Bar No. 148333
LITTLER MENDELSON
A Professional Corporation
3200 West End Ave.
Suite 500
Nashville, TN 37203
Telephone: 615.383.3033
E-mail: jenrobinson@littler.com


LENA K. SIMS, Bar No. 212904
LITTLER MENDELSON
501 W. Broadway
Suite 900
San Diego, CA 92101.3577
Telephone: 619.232.0441
Facsimile: 619.232.4302
Email: lsims@littler.com

Attorneys for Defendant
BCI COCA-COLA BOTTLING COMPANY OF
LOS ANGELES

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
501 W Broadway
Suite 900
San Diego, CA 92101 3577
619 232 0441

[PROPOSED] ORDER REGARDING STIPULATION RE: PROTECTIVE ORDER
CASE NO. 2:11-CV-08385-SVW-(VBKx)

| | |
|---|---|
| TIMOTHY SULU and JONATHAN VERDUGO, Individually and on Behalf of all Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>COCA-COLA ENTERPRISE, INC.; BCI COCA-COLA BOTTLING COMPANY OF LOS ANGELES; BCI COCA-COLA BOTTLING CO.; and DOES 1 to 100, Inclusive,<br><br>Defendants. | Case No. 2:11-cv-08385-SVW-(VBKx)<br><br>[PROPOSED] ORDER RE STIPULATION RE PROTECTIVE ORDER<br><br>Judge: Hon. Stephen V. Wilson<br>Courtroom: 6<br><br>Complaint Filed: September 7, 2011 |

## ORDER

GOOD CAUSE APPEARING THEREFOR, it is HEREBY ORDERED THAT:

1. The Parties' Stipulation Re Protective Order, attached hereto as Exhibit A, is hereby entered in its entirety as the order of this Court.

**IT IS SO ORDERED.** RE PARA. 9: FOLLOW L.R. 79-5.

DATED: FEBRUARY 2, 2012         By: _____VICTOR B. KENTON_____
                                     HON. ~~STEPHEN V. WILSON~~
                                     United States ~~District Judge~~
                                     MAGISTRATE JUDGE

Firmwide:109050793.1 068212.1010

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
501 W Broadway
Suite 900
San Diego, CA 92101.3577
619.232.0441

1.    [PROPOSED] ORDER REGARDING STIPULATION RE: PROTECTIVE ORDER
CASE NO. 2:11-CV-08385-SVW-(VBKx)

# EXHIBIT A

1  BRIAN D. CHASE, Bar No. 164109
   JERUSALEM F. BELIGAN, Bar No. 211258
2  BISNAR CHASE
   One Newport Place
3  1301 Dove Street, Suite 120
   Newport Beach, CA 92660
4  Telephone: 949.752.2999
   Facsimile:  949.752.2777
5  Email: jbeligan@bisnarchase.com

6  Attorneys for Plaintiffs
   TIMOTHY SULU and JONATHAN VERDUGO
7

8  MIKE ARIAS, Bar No.115385
   MIKAEL STAHLE, Bar No. 182599
   ARIAS, OZZELLO & GIGNAC LLP
9  6701 Center Drive West
   Fourteenth Floor
10 Los Angeles, CA  90045-1558
   Telephone: 310.670.1600
11 Facsimile: 310.670.1231
   Email:  marias@aogllp.com
12
   Attorneys for Plaintiffs
13 TIMOTHY SULU and JONATHAN VERDUGO

14

15 JENNIFER B. ROBINSON, Bar No. 148333
   LITTLER MENDELSON
   A Professional Corporation
16 3200 West End Ave., Suite 500
   Nashville, TN  37203
17 Telephone:  615.383.3033
   E-mail: jenrobinson@littler.com
18
   LENA K. SIMS, Bar No. 212904
19 LITTLER MENDELSON
   501 W. Broadway, Suite 900
20 San Diego, CA  92101.3577
   Telephone:  619.232.0441
21 Facsimile:   619.232.4302
   Email: lsims@littler.com
22
   Attorneys for Defendant
23 BCI COCA-COLA BOTTLING COMPANY OF
   LOS ANGELES
24

25             UNITED STATES DISTRICT COURT

26             CENTRAL DISTRICT OF CALIFORNIA

27

28

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
501 W Broadway
Suite 900
San Diego, CA  92101.3577
619.232.0441

JOINT MOTION AND STIPULATION FOR PROTECTIVE ORDER
CASE NO. 2:11-CV-08385-SVW-(VBKx)

| | |
|---|---|
| TIMOTHY SULU and JONATHAN VERDUGO, Individually and on Behalf of all Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>COCA-COLA ENTERPRISE, INC.; BCI COCA-COLA BOTTLING COMPANY OF LOS ANGELES; BCI COCA-COLA BOTTLING CO.; and DOES 1 to 100, Inclusive,<br><br>Defendants. | Case No. 2:11-cv-08385-SVW-(VBKx)<br><br>**JOINT MOTION AND STIPULATION FOR PROTECTIVE ORDER**<br><br>Judge: Hon. Stephen V. Wilson<br>Courtroom: 6<br><br>Complaint Filed: September 7, 2011 |

This joint motion is made by Plaintiffs TIMOTHY SULU and JONATHAN VERDUGO ("Plaintiffs") and Defendant BCI COCA-COLA BOTTLING COMPANY OF LOS ANGELES (referred to collectively as "the Parties"), who hereby stipulate and agree as follows:

1.  Good cause exists for the issuance of a Stipulated Protective Order ("Order") in that the Parties seek to have reasonable access to information relevant to certification, liability and damages in the above-captioned lawsuit while providing the Parties with a means for limiting access to, and disclosure of, confidential, private or trade secret information.

2.  Each of the Parties may designate all or portions of any document, thing, material, testimony or other information derived therefrom as "CONFIDENTIAL" under the terms of this Order. Material designated as "CONFIDENTIAL" under the Order ("CONFIDENTIAL INFORMATION") may be used only for the purpose of prosecution, defense, discovery, mediation and/or settlement of this action, and not for any other purpose. CONFIDENTIAL INFORMATION includes confidential or sensitive proprietary, business, commercial, private or personal information.

3.  CONFIDENTIAL INFORMATION shall be so designated by

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
501 W Broadway
Suite 900
San Diego, CA 92101 3577
619 232 0441

2.

JOINT MOTION AND STIPULATION FOR PROTECTIVE ORDER
CASE NO. 2:11-CV-08385-SVW-(VBKx)

marking or stamping copies of the document produced or testimony with the legend "CONFIDENTIAL." Marking or stamping the legend "CONFIDENTIAL" on the cover of any multi-page document shall thereby designate all pages of the document as confidential, and marking or stamping on a label on any electronic storage medium shall designate the contents of such electronic storage medium as CONFIDENTIAL INFORMATION. Whether or not any evidence or testimony is, in fact, designated as "CONFIDENTIAL" shall not be conclusive of whether it is lawfully entitled to protection as such, and the failure to make such a designation shall not constitute a waiver to do so. Furthermore, the production of or testimony regarding any CONFIDENTIAL INFORMATION shall not be considered as a waiver of the right by a Party to object to the admissibility of any such information, and the admissibility of any such CONFIDENTIAL INFORMATION shall be determined by the Court independently of the terms of this Order and without regard to whether such information was produced or provided under the terms of this Order.

    4. CONFIDENTIAL INFORMATION produced pursuant to this Order shall not be made available to the public and shall be disclosed, revealed or disseminated only to the Court, court reporters, the Parties (and their parent companies, officers, directors, employees, or agents), counsel of record for the Parties (and their associate attorneys, paralegals, secretaries and clerical staff) and to the "QUALIFIED PERSON(S)" designated below:

    (a) witnesses other than those listed above, but only insofar as such CONFIDENTIAL INFORMATION is relevant to their testimony;

    (b) experts and consultants retained by counsel for the Parties in the prosecution, defense, mediation and/or settlement of this action;

    (c) any other person as to whom the Parties agree in writing.

    5. Prior to reviewing any CONFIDENTIAL INFORMATION, each QUALIFIED PERSON designated in Paragraph 4(a)-(c) shall execute the Non-Disclosure Agreement in the form set forth in Attachment A. The Parties shall retain

LITTLER MENDELSON
A Professional Corporation
501 W Broadway
Suite 900
San Diego, CA 92101 3577
619 232 0441

3.

JOINT MOTION AND STIPULATION FOR PROTECTIVE ORDER
CASE NO. 2:11-CV-08385-SVW-(VBKx)

copies of any executed Non-Disclosure Agreements and deliver a copy thereof to counsel for all the Parties following the adjudication or settlement of this action.

6. Testimony taken at a deposition may be designated as CONFIDENTIAL INFORMATION by making a statement to that effect on the record at the deposition. Arrangements shall be made with the deposition reporter taking and transcribing information designated as CONFIDENTIAL to bind such portions of the deposition transcript containing CONFIDENTIAL INFORMATION designated as CONFIDENTIAL, and to label such portions appropriately. Such deposition testimony shall be conducted only before those persons identified in Paragraph 4 herein. No person other than the persons identified in paragraph 4 herein or a Qualified Person may attend, read the transcript of or the exhibits marked as CONFIDENTIAL in any deposition taken in this case. Prior to attending said deposition or reviewing the transcript or exhibits, each Qualified Person listed in Paragraph 4(a)-(c) shall execute a Non-Disclosure Agreement in the form set forth in Attachment A.

7. Notwithstanding the foregoing, the Parties do not waive any right to challenge whether any material designated or not designated as CONFIDENTIAL INFORMATION is properly designated or not designated as such, and do not waive the right to challenge at any hearing, trial or other proceeding whether such information is, in fact, confidential or private, or is admissible for any purpose other than as specified by the this Order.

8. Prior to seeking to admit or introduce any CONFIDENTIAL INFORMATION into the public record in this case, whether in writing or orally (including the filing of papers which constitute or contain CONFIDENTIAL INFORMATION, and including at the trial of this action), the parties and their attorneys will cooperate in good faith to seek appropriate rulings from the Court to safeguard the confidentiality of CONFIDENTIAL INFORMATION, to the extent possible, whether by sealing orders or otherwise. In the event that any

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
501 W Broadway
Suite 900
San Diego, CA 92101 3577
619 232 0441

4.

JOINT MOTION AND STIPULATION FOR PROTECTIVE ORDER
CASE NO. 2:11-CV-08385-SVW-(VBKx)

CONFIDENTIAL INFORMATION is used in any court proceeding in this action, such CONFIDENTIAL INFORMATION shall not lose its confidential status through such use, and the party using such shall take all reasonable steps to maintain its confidentiality during and after such use.

9. Nothing shall be filed under seal, and the court shall not be required to take any action, without separate prior order by the Judge before whom the hearing or proceeding will take place, after application by the affected party with appropriate notice to opposing counsel.

10. The Court may modify the protective order in the interests of justice or for public policy reasons.

11. If, through inadvertence, any Party produces or offers as testimony any CONFIDENTIAL INFORMATION without labeling it or otherwise designating it as such, the producing Party may, at any time, give written notice designating such information as CONFIDENTIAL INFORMATION.

12. The terms of this Order shall survive the final termination of this action and shall be binding on all of the Parties and their counsel thereafter.

13. Within thirty (30) business days of the termination or settlement of this action, all of the Parties and their counsel must simultaneously exchange and surrender any CONFIDENTIAL INFORMATION and copies of any deposition transcripts designated as CONFIDENTIAL INFORMATION. Upon surrendering to the other side all CONFIDENTIAL INFORMATION and/or deposition testimony, the surrendering Party and his or its counsel must also execute and furnish the Surrender of Confidential Information Material Testimony Agreement in the form set forth in Attachment B. Said exchange shall occur by FedEx overnight delivery.

14. The Parties expressly agree that by entering into this Order they do not waive any objections to any discovery requests and, further, that they do not agree to the production of any information or documents, or type or category of information or documents.

LITTLER MENDELSON
A Professional Corporation
501 W Broadway
Suite 900
San Diego CA 92101 3577
619 232 0441

5.

JOINT MOTION AND STIPULATION FOR PROTECTIVE ORDER
CASE NO. 2:11-CV-08385-SVW-(VBKx)

15. This Order is subject to modification by stipulation of the Parties or by further order of the Court.

IT IS SO AGREED.

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
501 W Broadway
Suite 900
San Diego, CA 92101 3577
619.232.0441

6.

JOINT MOTION AND STIPULATION FOR PROTECTIVE ORDER
CASE NO. 2:11-CV-08385-SVW-(VBKx)

## ATTACHMENT A

**CONFIDENTIAL INFORMATION NON-DISCLOSURE AGREEMENT**

The undersigned hereby agrees that:

(1) I have had the opportunity to review the Stipulation and Protective Order ("Order") in this action.

(2) I agree that I am a "QUALIFIED PERSON" as to set forth in the Order.

(3) As a QUALIFIED PERSON, I will not disclose any of the CONFIDENTIAL INFORMATION to any third person and further agree that my use of any CONFIDENTIAL INFORMATION shall only be for the prosecution, defenses, discovery, mediation and/or settlement of this action, and not for any other purpose.

(4) As a QUALIFIED PERSON, I further agree that upon the termination or settlement of this action, I will surrender all CONFIDENTIAL INFORMATION in my possession, custody, or control in the manner set forth in paragraph 13 of the Order.

Dated: _____          _____
                                        [Print Name]

                                        _____
                                        [Sign Name]

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
501 W Broadway
Suite 900
San Diego CA 92101 3577
619 232 0441

7.

JOINT MOTION AND STIPULATION FOR PROTECTIVE ORDER
CASE NO. 2:11-CV-08385-SVW-(VBKx)

## ATTACHMENT B

## SURRENDER OF CONFIDENTIAL MATERIAL AGREEMENT

The undersigned hereby represents that pursuant to paragraph 13 of the Stipulated Protective Order, all CONFIDENTIAL INFORMATION material within the undersigned's possession, custody, or control was surrendered to the Participating Party designating such information.

The surrender of all CONFIDENTIAL INFORMATION material occurred pursuant to paragraph 13 of the Stipulated Protective Order by FedEx overnight delivery.

Dated: _____, 2012___

[Print Name]

_____
[Sign Name]

LITTLER MENDELSON
A Professional Corporation
501 W Broadway
Suite 900
San Diego, CA 92101 3577
619 232 0441

8.

JOINT MOTION AND STIPULATION FOR PROTECTIVE ORDER
CASE NO. 2:11-CV-08385-SVW-(VBKx)

| | | |
|---|---|---|
| Dated: | January 30, 2012 | LITTLER MENDELSON, P.C. |

By: /s/ *Lena K. Sims*
JENNIFER B. ROBINSON
LENA K. SIMS

Attorneys for Defendant
BCI COCA-COLA BOTTLING
COMPANY OF LOS ANGELES

| | | |
|---|---|---|
| Dated: | January 30, 2012 | BISNAR CHASE |

By: /s/ *Jerusalem F. Beligan*
BRIAN D. CHASE
JERUSALEM F. BELIGAN

Attorneys for Plaintiffs
TIMOTHY SULU and JONATHAN VERDUGO

| | | |
|---|---|---|
| Dated: | January 30, 2012 | ARIAS, OZELLO & GIGNAC LLP |

By: /s/ *Mike Arias*
MIKE ARIAS
MIKAEL STAHLE

Attorneys for Plaintiffs
TIMOTHY SULU and JONATHAN VERDUGO

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
501 W Broadway
Suite 900
San Diego, CA 92101 3577
619 232 0441

9.   JOINT MOTION AND STIPULATION FOR PROTECTIVE ORDER
CASE NO. 2:11-CV-08385-SVW-(VBKx)

## SIGNATURE CERTIFICATION

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to Jerusalem Beligan, counsel for Plaintiffs TIMOTHY SULU. and JONATHAN VERDUGO and that I have obtained Mr. Beligan's and Mr. Stahl's authorization to affix their electronic signatures to this document.

Dated: January 30, 2012

LITTLER MENDELSON, P.C.

By: _____
Attorney for Defendant
Email: lsims@littler.com

Firmwide:106887441.1 068212.1010

10.   JOINT MOTION AND STIPULATION FOR PROTECTIVE ORDER AND [PROPOSED] ORDER THEREON
CASE NO. 2:11-CV-08385-SVW-(VBKx)

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
501 W Broadway
Suite 900
San Diego, CA 92101 3577
619 232 0441